UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NUMBER: 13-21319-LMI
CHAPTER 7

Salvador M Blanco
   Debtor.
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
TO ENFORCE FINAL JUDGMENT OF FORECLOSURE**

**Any interested party who fails to file and serve a written response to this Motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1 (C), be deemed to have consented to the entry of an order granting relief requested in the motion.**

TO THE HONORABLE JUDGE OF SAID COURT:

Freedom Mortgage Corporation ("Secured Creditor"), by and through the undersigned counsel, hereby moves this Court pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code, for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

2. Salvador M Blanco ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on May 15, 2013.

3. On February 9, 2012, Plaintiff filed a foreclosure action in the case styled Freedom Mortgage Corporation *v.* Salvador Blanco, *et. al.,* Case Number: 2012-5126-CA-01 (Miami-Dade County Circuit Court), which action ultimately resulted in the entry of the Final Summary

**Elizabeth R. Wellborn, P.A.**
350 Jim Moran Blvd. Suite 100, Deerfield Beach, Florida  33442 (954) 354-3544

Judgment of Mortgage Foreclosure against the Debtors on February 15, 2013 in the amount of $180,887.88 (the "Judgment"). A true and correct copy of the Judgment is attached hereto as Exhibit "**A**." Said Judgment confirms Secured Creditor's interest in the Debtor's property legally described as:

> LOT 22, BLOCK 35, NEW SHENANDOAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10, PAGE(S) 55, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

**This property is located at the street address of: 1715 SW 23rd Ter, Miami, FL  33145 (the "Property") .**

4. The value of the Property is $175,506.00. The valuation is based on the assessed value as determined by the Miami-Dade County Property Appraiser, as set forth on Exhibit "**B**" attached hereto and permissible as a property valuation under Fed.R.Evid. 803(8). There is no equity in the Property.

5. The Property has not been abandoned by the Trustee.

6. Secured Creditor respectfully requests the Court grant it relief from the automatic stay pursuant to §362(d)(1) for cause, as the value of the collateral is insufficient to adequately protect Secured Creditor; and pursuant to §362(d)(2), as for cause, including Debtor's failure to pay the amount on the Judgment. Secured Creditor's interest in the Property is being significantly jeopardized by the Debtor's failure to satisfy the Judgment while Secured Creditor is prohibited from pursuing lawful remedies to enforce such Judgment; and there is no equity in the Property.

7. If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss and damage.

8. A Proposed Order accompanies this Motion.  See Exhibit "**C**," attached hereto.

**WHEREFORE**, Secured Creditor, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Secured Creditor to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such further relief as this Honorable Court deems just and appropriate.

ELIZABETH R. WELLBORN, P.A.
Attorney for Secured Creditor
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email:  csalamone@erwlaw.com

By:  /s/ Christopher Salamone
Christopher Salamone,  Esquire
Florida Bar Number: 0075951

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief and the attached exhibits have been filed with the Clerk of Court using the CM/ECF system on this 24th day of May, 2013.  I also certify that the foregoing was served on this day by either United States Mail or Electronic Mail through the CM/ECF system to the parties listed below:

Salvador M Blanco
1715 SW 23 Terrace
Miami, FL  33145

Kathy L Houston
2100 Coral Way, Suite 404
Miami, FL  33145

Ross R Hartog
9130 S Dadeland Blvd # 1800
Miami, FL  33156

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL  33130

                ELIZABETH R. WELLBORN, P.A.
                Attorney for Secured Creditor
                350 Jim Moran Blvd. Suite 100
                Deerfield Beach, Florida 33442
                Tel: (954) 354-3544
                Fax: (954) 354-3545
                Email:  csalamone@erwlaw.com

                By:   /s/ Christopher Salamone
                Christopher Salamone,  Esquire
                Florida Bar Number: 0075951

2428B-08459