Case 13-21319-LMI    Doc 8-2    Filed 05/24/13    Page 1 of 2



