**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

                                       **CASE NUMBER: 13-21319-LMI**
                                       **CHAPTER 7**

**Salvador M Blanco**
  Debtor.
_____/

**PROPOSED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

    This Case is before the Court on the Motion for Relief from Stay (Docket No.     ) filed by Freedom Mortgage Corporation ("Secured Creditor").  The Court having based its decision on the record, it is,

    **ORDERED:**

    1.    The Motion for Relief from Automatic Stay is GRANTED.

    2.    The Automatic Stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 1715 SW 23rd Ter, Miami, FL  33145:

**LOT 22, BLOCK 35, NEW SHENANDOAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10, PAGE 55, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to finalize its Foreclosure Sale (including post-sale process and eviction) in any court of competent jurisdiction. Secured Creditor shall not seek an *in personam* judgment against Debtor.

###

**Submitted by:**
Christopher Salamone, Esquire
Attorney for Secured Creditor
350 Jim Moran Blvd., Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: csalamone@erwlaw.com

*Christopher Salamone, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**
Salvador M Blanco
1715 SW 23 Terrace
Miami, FL  33145

Kathy L Houston
2100 Coral Way, Suite 404
Miami, FL  33145

Ross R Hartog
9130 S Dadeland Blvd # 1800
Miami, FL  33156

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL  33130